JS-6

1  SCOTT H. CHRISTENSEN, admitted *pro hac vice*
   HUGHES HUBBARD & REED LLP
2  1775 I Street, N.W.
   Washington, D.C. 20006-2401
3  Telephone: (202) 721-4600
   Facsimile: (202) 721-4646
4  Email: christen@hugheshubbard.com

5  RITA M. HAEUSLER, State Bar No. 110574
   ALEX E. SPJUTE, State Bar No. 229796
6  HUGHES HUBBARD & REED LLP
   350 South Grand Avenue, 36th Floor
7  Los Angeles, California 90071-3442
   Telephone: (213) 613-2800
8  Facsimile: (213) 613-2950
   Email: haeusler@hugheshubbard.com
9
   Attorneys for Defendant Federal
10 Deposit Insurance Corporation

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZ AZHANG and FARHANG AZHANG,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 08-CV-1021 MMM (AJWx)<br><br>[Assigned to Hon. Margaret M. Morrow]<br>ORDER GRANTING<br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: September 12, 2008 |

On July 21, 2010, the Dodd-Frank Wall Street Reform and Consumer Protection Act (the "Dodd-Frank Act") became law. Section 335 of the Dodd-Frank Act amended the Federal Deposit Insurance Act, 12 U.S.C. § 1821(a)(1)(E), by permanently raising the maximum deposit insurance amount to $250,000 and making this increase retroactive to January 1, 2008. In conformance with the Dodd-Frank Act, on July 22, 2010, the Federal Deposit Insurance Corporation sent Plaintiffs a check for $37,860.27, which represents the remaining deposit insurance on their

accounts.[1] As a result, the deposit accounts at issue in this case are now fully insured.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the above-entitled action be dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated: September 20, 2010

KOSNETT & DURCHFORT

By: _____
James Victor Kosnett
Attorneys for Plaintiffs Naz Azhang and Farhang Azhang

Dated: September 20, 2010

HUGHES HUBBARD & REED LLP

By: _____
Scott H. Christensen
Attorneys for Defendant Federal Deposit Insurance Corporation

IT IS SO ORDERED
Dated October 19, 2010

_____
Margaret M. Morrow
United States District Judge

---

[1] See FDIC's Opening Trial Brief (Docket Entry 31), and the Declaration of Timothy S. Evans (Docket Entry 23) attached thereto, for an explanation of the FDIC's original deposit insurance determination.